

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-19-00886-CR

Zachariah Paul **ZECHES**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 226th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CR0558
Honorable Velia J. Meza, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE CHAPA, AND JUSTICE WATKINS

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED, and appellate counsel's motion to withdraw is GRANTED.

SIGNED October 14, 2020.

_____
Beth Watkins, Justice